UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| KIM R. JONES, | Case No. 1:08-cv-562 |
| Plaintiff, | HONORABLE PAUL L. MALONEY |
| v. | Magistrate Judge Joseph G. Scoville |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

## JUDGMENT

In accordance with the Opinion and Order filed this date:

IT IS ORDERED that Plaintiff's complaint be DISMISSED.

**Judgment is GRANTED in favor of Defendants and against Plaintiff.**.

This case is **TERMINATED** and **CLOSED**.

**IT IS SO ORDERED this 26th day of October, 2009.**

/s/ Paul L. Maloney
Paul L. Maloney
Chief United States District Judge